IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

KELLY C. SPRINGER

       Plaintiff,

v.                                                            No. CIV 12-315 JCH/LFG

CAROLYN W. COLVIN,
Acting Commissioner of the
Social Security Administration,

       Defendant.

**ORDER ADOPTING MAGISTRATE JUDGE'S ANALYSIS
AND RECOMMENDED DISPOSITION,
AND REMANDING CASE FOR ADDITIONAL ADMINISTRATIVE PROCEEDINGS**

THIS MATTER is before the Court on the Magistrate Judge's Analysis and Recommended Disposition, filed March 25, 2013 [Doc. 13]. No objections were filed, and the deadline for filing objections has passed. A party waives the right to challenge a magistrate judge's findings and recommendation if the party does not file timely objections. *See, e.g.*, Wirsching v. Colorado, 360 F.3d 1191, 1197 (10th Cir. 2004) ("firm waiver" rule followed in Tenth Circuit holds that a party who fails to object to magistrate judge's findings and recommendations in timely manner waives appellate review of both factual and legal questions). The Court accepts the analysis and recommended disposition with the result that this matter is remanded for additional administrative hearings.

IT IS HEREBY ORDERED that the Magistrate Judge's Analysis and Recommended Disposition are adopted by the Court;

IT IS FURTHER ORDERED that Plaintiff's motion to remand is GRANTED, as described in the Analysis and Recommended Disposition.

                                                                                    _____
                                                                                  UNITED STATES DISTRICT COURT